UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ASPEN SPECIALITY INSURANCE COMPANY,

   Plaintiff,

      v.

METRO EAST TITLE CORPORATION, KAREN STEINKE, MARVIN STEINKE and WFG NATIONAL TITLE INSURANCE COMPANY,

   Defendants.

Case No. 13-cv-1118-JPG-DGW

## MEMORANDUM AND ORDER

This matter comes before the Court on plaintiff Aspen Specialty Insurance Company's Motion For Default Judgment against defendants Metro East Title Corporation and Karen Steinke (Doc. 26).  This request is premature in light of the fact that the Clerk of Court has not entered default pursuant to Federal Rule of Civil Procedure 55(a) against the defendants for whom default judgment is sought.  Only after default has been entered pursuant to Rule 55(a) against a party is a default judgment under Rule 55(b) appropriate.  For this reason, the Court **DENIES without prejudice** the plaintiff's Motion for Default Judgment (Doc. 26).

**IT IS SO ORDERED.**
**DATED: January 29, 2014**

                                        s/J. Phil Gilbert
                                        **J. PHIL GILBERT**
                                        **DISTRICT JUDGE**