IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ASPEN SPECIALTY INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) ) No.   13-cv-1118 JPG/DGW |
| v. | ) ) |
| METRO EAST TITLE CORPORATION *et al.*, | ) ) ) ) |
| Defendants. | ) ) ) |

**MEMORANDUM AND ORDER**

This matter comes before the Court on the plaintiff's stipulation of dismissal (doc. 43). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) a plaintiff may dismiss an action without a court order pursuant to a stipulation signed by all parties. Here, plaintiff has presented a stipulation of dismissal signed by all parties. Pursuant to the parties' stipulation, this case is **DISMISSED** with prejudice and the Court **DIRECTS** the Clerk of Court to close this case.

DATED: July 22, 2014

*s/ J. Phil Gilbert*
UNITED STATES DISTRICT JUDGE